WR-59,201-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/9/2015 3:59:44 PM
Accepted 12/9/2015 4:26:15 PM
ABEL ACOSTA
CLERK

**IN THE 148TH DISTRICT COURT**
**OF NUECES COUNTY, TEXAS**

**AND**

RECEIVED
COURT OF CRIMINAL APPEALS
12/9/2015
ABEL ACOSTA, CLERK

**IN THE COURT OF CRIMINAL APPEALS OF TEXAS**
**IN AUSTIN, TEXAS**

|  |  |
|---|---|
| **RICHARD VASQUEZ, JR.** | ) |
| | ) |
| | ) **WRIT NO. 59,201-03** |
| | ) |
| **APPLICANT.** | ) **TRIAL COURT NO. 98-CR-0730-E** |
| | ) |
| | ) **CAPITAL CASE** |
| | ) |
| | ) **Scheduled Execution Date:** |
| | ) **April 23, 2015** |
| | ) |
| | ) |

**APPLICANT RICHARD VASQUEZ JR.'S**
**RESPONSE TO THE STATE'S**
**MOTION TO LIFT STAY OF EXECUTION AND TO**
**DISMISS AS ABUSIVE SUBSEQUENT 11.071 APPLICATION**
**FOR WRIT OF HABEAS CORPUS**

On April 15, 2015, Applicant Richard Vasquez Jr. timely filed a subsequent application for a writ of habeas corpus and a motion for stay of execution in this Court and in the trial court. On April 20, 2015, the Court stayed Mr. Vasquez's scheduled execution pursuant to the application, and thus far has declined to grant the State's pending motion to dismiss. On November 17, 2015, the State filed a motion asking the Court to lift the stay, and renewed its request that Mr. Vasquez's petition be dismissed.

The State makes no attempt to explain why dismissal is now warranted. As Mr. Vasquez pointed out in his response to the State's first motion to dismiss, Mr. Vasquez's application, which identifies new scientific evidence that belies the State's evidence offered against him at trial, is well-founded and warrants a remand to the trial court for evidentiary development. Indeed, the State has already conceded through silence that Mr. Vasquez's application is not barred by Section 5 of Article 11.071, that Mr. Vasquez now has access to admissible scientific evidence that was not available to be offered at his trial, and that Mr. Vasquez's application states a claim for habeas relief under *Ex parte Chabot*. Further, the State's previous arguments regarding the evidence Mr. Vasquez submitted with his application only show why remand to the trial court for factual findings is necessary in this case. Lifting the stay here is plainly inappropriate. Mr. Vasquez has a meritorious claim that warrants careful consideration in both this Court and the trial court.

Accordingly, the State's Motion to Lift Stay of Execution and to Dismiss as Abusive Subsequent 11.071 Application for Writ of Habeas Corpus should be denied.

Respectfully submitted,

EDISON, MCDOWELL & HETHERINGTON LLP

By:    */s/ Andrew M. Edison*
        Andrew M. Edison
        Texas Bar No. 00790629

        James M. Chambers
        Texas Bar No. 24092240

Phoenix Tower
3200 Southwest Freeway, Suite 2100
Houston, Texas 77027
Telephone:  (713) 337-5580
Facsimile:   (713) 337-8850
andrew.edison@emhllp.com
james.chambers@emhllp.com

ATTORNEYS FOR RICHARD VASQUEZ, JR.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion has been served on December 9, 2015, by email to the following:

Douglas K. Norman
Nueces County District Attorney's Office
901 Leopard Street, Room 206
Corpus Christi, TX 78401
douglas.norman@nuecesco.com
douglas.norman@co.nueces.tx.us

        */s/ Andrew M. Edison*
        Andrew M. Edison